UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:16-cv-02589 |
|---|---|---|---|

| Tracy Warner |
|---|
| *versus* |
| The Prudential Insurance Company of America, The Graham Media Group, Houston, Inc. Group Life and Disability Plan |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ada W. Dolph<br>Seyfarth Shaw LLP<br>131 South Dearborn Street, Suite 2400<br>Chicago, Illinois 60603<br>(312) 460-5000<br>IL 6282765 |
|---|---|

| Name of party applicant seeks to appear for: | The Prudential Insurance Company of America |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

Dated: 11/2/2016    Signed: /s/ Ada Dolph

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature |

**Order**      This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                                                United States District Judge